United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph T. Mayer  
        Debtor

Case No. 14-17572-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Keith    Page 1 of 1    Date Rcvd: Sep 01, 2016  
                  Form ID: 155    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2016.  
db        +Joseph T. Mayer,   3913 Hollo Road,   Easton, PA 18045-8306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2016                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2016 at the address(es) listed below:

        CARMON M. HARVEY    on behalf of Creditor    Premier Capital, LLC Carmon.Harvey@leclairryan.com, charmaine.butler@leclairryan.com  
        CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JOSEPH RICHARD BARANKO, JR    on behalf of Creditor    Carbon County Tax Claim Bureau josephb@slusserlawfirm.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Seterus, Inc. Et al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB, ... et al bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        SHAWN J. LAU    on behalf of Debtor Joseph T. Mayer shawn_lau@msn.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                        TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Joseph T. Mayer
      Debtor(s)

Chapter: 13
Bankruptcy No: 14–17572–ref

___

## *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this September 1, 2016 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Richard E. Fehling
Judge ,
United States Bankruptcy Court

80
Form 155