| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, READING DIVISION | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor:<br><br>Joseph T. Mayer | Case Number:<br><br>14-17572 | |
| Name of Creditor:<br>LVNV, LLC | | |
| Name of Current Servicer of account:<br>c/o Resurgent Capital Services | | **COURT USE ONLY** |
| Name and Address where notices should be sent:<br>P.O. Box 10675<br>Greenville, SC 29603-0675<br><br>Telephone Number: (877) 264-5884   email: securedbankruptcy@resurgent.com | | ■ Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent (if different from above):<br><br><br>Telephone Number:              email: | | ■ Check this box if this is a change in the address where the creditor wants Payments on the claim to be sent. |
| 1. **Account Number:**<br>     8376 | | ☐ Check this box if the account number has changed. |

2. **Unique Claim Identifier:** RSG-20124-537025730

3. **Amount of Claim:** $ 5,708.50

4. **Court Claim Number:** 5

5. **Signature:**

   Check the appropriate box.
   ☐ **I am the creditor.**
   ■ **I am the creditor's authorized agent.** (Attach copy of power of attorney, if any.)
   ☐ **I am the trustee, or the debtor.**
   ☐ **I am a guarantor, surety, indorser, or other codebtor.**

   **I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

   **Print Name:**  Felicia Biggs

   **Title:**  Secured Bankruptcy Specialist

   **Company:**  Resurgent Capital Services

   /s/ Felicia Bigggs                    9/12/2016
   **(Signature)**                       **(Date)**

DATE ___JUN 10 2009___
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF DOCUMENT ON FILE IN THIS OFFICE

*Timothy J. Hamrey*

REGISTER OF DEEDS, GREENVILLE COUNTY

## Limited Power of Attorney

WHEREAS **LVNV Funding, LLC** ("Grantor") has retained the services of **Resurgent Capital Services LP** ("Servicer") to service, liquidate and manage accounts receivable on behalf of the Grantor and hereby issues this Power of Attorney in favor of Servicer.

Now, therefore, Grantor does hereby constitute and appoint Servicer and it's officers, designated employees and servants (collectively referred to as "Resurgent") as Grantor's true and lawful Attorney-in-fact and hereby authorizes Resurgent to act in the Grantor's name, place and stead as fully and with the same effect as if Grantor were present and acting on it's own behalf for the following limited purposes:

1. Executing, acknowledging and delivering any Assignment of Mortgage, Note, Title, Judgment, Financing Statement or any other instrument necessary to transfer to and vest in Resurgent or its nominee or to protect the rights, title and interest of Resurgent in and to any account serviced by Resurgent on behalf of Grantor;
2. Conducting foreclosure or repossession actions;
3. Endorsing, as agent of Grantor, any checks or other instruments made payable to Grantor and received as payment with respect to any account;
4. Executing any document or instrument needed to release, satisfy, convey, or assign any lien, security interest or account;
5. Signing claims and notices of transfers of claims regarding any account;
6. Executing any document or instrument needed to market, sell, or transfer ownership of property owned as a result of foreclosure, receipt of quit-claim deed, surrender or other form of repossession of any collateral securing accounts serviced by Resurgent on behalf of Grantor; and
7. Executing any document or instrument and authorizing any action that is proper or necessary in asserting, protecting or realizing the Grantor's ownership rights in any account or prosecuting the Grantor's ownership duties.

Grantor further grants to Resurgent, as its attorney-in-fact, full authority to act in any manner both proper and necessary to effectuate and execute the foregoing powers, and ratifies every act that Resurgent may lawfully perform in exercising those powers by virtue thereof.

IN WITNESS THEREOF, Grantor has executed this Limited Power of Attorney on this __3rd__ day of __June__, 2009.

GRANTOR: LVNV Funding, LLC
By: _____
Name: Kevin Branigan
Title: President

Resurgent Capital Services LP
By: _____
Name: Michael A. Laxton
Title: Senior Vice President

Witnessed by: _Alison Kelly_
Name: _Alison Kelly_

Witnessed by: _Casi Grady_
Name: _Casi Grady_

STATE OF _South Carolina_
COUNTY OF _Charleston_

On this, the _3rd_ day of _June_, 2009, the foregoing instrument was acknowledged before me, a notary public, in and for the State of _SC_ by the parties hereto, personally known to me, by me duly sworn, did say that each was a duly authorized signatory for their respective entities.

_Donetta M. Stovall_
Notary Public
My Commission Expires _7/30/2013_

FILED FOR RECORD IN GREENVILLE COUNTY, SC ROD
2009046485    Book:DE 2358    Page:588-589
June 10, 2009    11:29:49 AM
_Timothy J. Nanney_