### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>JOSEPH T. MAYER<br>AKA JOSEPH MAYER<br><br>**DEBTOR** | BANKRUPTCY NO. 14-17572<br><br>CHAPTER 13 |
|---|---|

## ORDER

AND NOW, upon consideration of the foregoing Application of Shawn J. Lau, Esquire of Lau & Associates, P.C., for the Debtor Joseph T. Mayer a/k/a Joseph Mayer for Allowance of Compensation and Reimbursement of Expenses, and proper Notice thereof and opportunity to be heard, it is

ORDERED AND DECREED that Lau & Associates P.C. be allowed $4,199.00 as legal fees and $355.57 in reimbursement of actual, necessary expenses from April 22, 2014 through April 13, 2015; and it is further;

ORDERED AND DECREED that Lau & Associates, P.C. may apply the $1,090.00 paid for fees and the amount paid for the filing fee and $400.00 post-petition retainer for work specifically enumerated as over and above the normal bankruptcy fee agreement.

BY THE COURT:

**Date: September 13, 2016**

_____
Honorable Richard E. Fehling
United States Bankruptcy Judge