# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>JOSEPH T. MAYER<br>AKA JOSEPH MAYER<br><br>    DEBTOR | BANKRUPTCY NO. 14-17572<br><br>CHAPTER 13 |
|---|---|

## ORDER

AND NOW, upon consideration of the foregoing Third Application of Shawn J. Lau, Esquire of Lau & Associates, P.C., for the Debtor Joseph T. Mayer a/k/a Joseph Mayer for Allowance of Compensation and Reimbursement of Expenses, and proper Notice thereof and opportunity to be heard, it is

ORDERED AND DECREED that Lau & Associates P.C. be allowed $2,563.00 as legal fees and $8.50 in reimbursement of actual, necessary expenses from December 16, 2015 through and including February 10, 2016; and it is further;

BY THE COURT:

**Date: September 13, 2016**

_____
Honorable Richard E. Fehling
United States Bankruptcy Judge