IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

JOSEPH T. MAYER AKA
JOSEPH MAYER,

Debtor.

Chapter 13

Bankruptcy No. 14-17572REF

**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS**
**DEBTOR'S CHAPTER 13 CASE**

**TO THE CLERK OF COURT AND ALL INTERESTED PARTIES:**

Please take Notice that Premier Capital, LLC's Motion to Dismiss Debtor's Chapter 13 Case filed with the Court on August 7, 2015 has been withdrawn, *without prejudice*.

Dated: September 16, 2016

**PREMIER CAPITAL, LLC**

*/s/ Carmon M. Harvey*
Carmon M. Harvey, Esq. (Pa. ID No. 91444)
LeClairRyan, P.C.
One Liberty Place
1650 Market Street, 36th Floor
Philadelphia, PA  19103
Phone:  215.383.0912
Fax:  215.383.0916
E-mail:  carmon.harvey@leclairryan.com

*Counsel to Premier Capital, LLC*

19164514.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of September, 2016, a true and correct copy of the Notice of Withdrawal of Motion to Dismiss Debtor's Chapter 13 Case was served by electronic means on all parties who receive notice in this case pursuant to the Court's CM/ECF system, and was also served by first-class, postage-prepaid, U.S. mail, upon the parties in interest and creditors listed below:

Joseph T. Mayer
3913 Hollo Road
Easton, PA 18045
*Debtor*

Shawn J. Lau
Lau & Associates
4228 St. Lawrence Avenue
Reading, PA 19606
*Attorney for Debtor*

Frederick L. Reigle
*Chapter 13 Trustee*
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Lisa Marie Ciotti
Frederick L. Reigle, Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
*Attorney for Chapter 13 Trustee*

*United States Trustee*
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

*Internal Revenue Service*
P.O. Box 7346
Philadelphia, PA 19101-7346

*Pennsylvania Dept. of Taxation*
Bankruptcy Division
P.O. box 280946
Harrisburg, PA 17128-0946

*Northampton County Tax Claim Bureau*
669 Washington Street
Easton, PA 18042

*/s/ Carmon M. Harvey*
Carmon M. Harvey, Esq. (Pa. ID No. 91444)
LeClairRyan, P.C.
One Liberty Place
1650 Market Street, 36th Floor
Philadelphia, PA 19103
Phone: 215.383.0912
Fax: 215.383.0916
E-mail: carmon.harvey@leclairryan.com

*Counsel to Premier Capital, LLC*

19164514.1