**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br>JOSEPH T. MAYER<br>AKA JOSEPH MAYER<br><br>DEBTOR | BANKRUPTCY NO. 14-17572<br><br>CHAPTER 13 |
|---|---|

## CERTIFICATION OF NO RESPONSE

I, Shawn J. Lau, Esquire, of Lau & Associates, P.C., counsel for the Debtor does hereby certify that no answer, objection, responsive pleading or request for a hearing has been served upon me, or to the best of my knowledge, filed with the Court, in response to Lau & Associates, P.C.'s, Fourth Application for Compensation and Reimbursement of Expenses which was served upon all parties in interest on September 2, 2016.

WHEREFORE, it is respectfully requested that this Honorable Court enter the Order granting the Fourth Application for Compensation and Reimbursement of Expenses.

Dated: September 26, 2016

LAU & ASSOCIATES, P.C.
By: */s/ Shawn J. Lau*
Shawn J. Lau, Esq.
Lau & Associates P.C.
4228 St. Lawrence Ave.
Reading, PA 19606