United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-17572-ref
Joseph T. Mayer                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1              Date Rcvd: Sep 28, 2016
                              Form ID: pdf900        Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2016.
db         +Joseph T. Mayer,   3913 Hollo Road,   Easton, PA 18045-8306
smg        +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg        +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg        +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr          Carbon County Tax Claim Bureau,   Court House Annex,   P.O. Box 37,
             Jim Thorpe, PA  18229-0037
r          +Darla Kravetz,   Corner Post Realty,   5660 Interchange Road,   Lehighton, PA 18235-5114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: robertsl2@dnb.com Sep 29 2016 01:38:57     Dun & Bradstreet, INC,
             3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 29 2016 01:38:48
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 29 2016 01:39:02     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 29 2016 01:32:49     LVNV Funding LLC,
             c/o Resurgent Capital Services,   PO Box 10675,   Greenville, SC 29603-0675
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Federal National Mortgage Association("Fannie Mae"
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2016 at the address(es) listed below:
              CARMON M. HARVEY    on behalf of Creditor    Premier Capital, LLC Carmon.Harvey@leclairryan.com,
               charmaine.butler@leclairryan.com
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JOSEPH RICHARD BARANKO, JR    on behalf of Creditor    Carbon County Tax Claim Bureau
               josephb@slusserlawfirm.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Seterus, Inc. Et al... bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB,  ... et al
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SHAWN J. LAU    on behalf of Debtor Joseph T. Mayer shawn_lau@msn.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>JOSEPH T. MAYER<br>AKA JOSEPH MAYER<br><br>    DEBTOR | BANKRUPTCY NO. 14-17572<br><br>CHAPTER 13 |
|---|---|

### ORDER

AND NOW, upon consideration of the foregoing Fourth Application of Shawn J. Lau, Esquire of Lau & Associates, P.C., for the Debtor Joseph T. Mayer a/k/a Joseph Mayer for Allowance of Compensation and Reimbursement of Expenses, and proper Notice thereof and opportunity to be heard, it is

ORDERED AND DECREED that Lau & Associates P.C. be allowed $2,544.50 as legal fees and $6.79 in reimbursement of actual, necessary expenses from February 11, 2016 through and including August 29, 2016; and it is further.

BY THE COURT:

**Date: September 28, 2016**

_____
Honorable Richard E. Fehling
United States Bankruptcy Judge