Lau & Associates, P.C.
Shawn J. Lau, Esq. ID No. 56071
4228 St. Lawrence Avenue
Reading, PA 19606
610-370-2000 Phone
610-370-0700 Fax
Shawn_lau@msn.com
Attorney for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br>JOSEPH T. MAYER<br>AKA JOSEPH MAYER<br><br>     DEBTOR | BANKRUPTCY NO. 14-17572<br><br>CHAPTER 13 |
|---|---|

**NOTICE OF HEARING ON DEBTOR'S MOTION PURSUANT TO
BANKRUPTCY CODE SECTION 363 FOR AUTHORITY TO SELL REAL
ESTATE LOCATED AT LOT A3 LONG RUN ROAD, LEHIGHTON,
CARBON COUNTY, PENNSYLVANIA, FREE AND CLEAR OF LIENS
AND ENCUMBRANCES AND TO PERMIT DISTRIBUTION OF SALE
PROCEEDS**

NOTICE IS HEREBY GIVEN THAT the Debtor has filed the above-captioned motion ("Motion") seeking authority to sell, Real Estate located at Lot A3 Long Run Road, Lehighton, Carbon County, Pennsylvania free and clear of liens and encumbrances, and to Permit Distribution of Sale Proceeds pursuant to Section 363 of the Bankruptcy Code and for distribution of sale proceeds.

**Your rights may be affected. You should read these papers carefully and discuss them** with **your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult an attorney.**

If you do not want the Court to approve the Motion, or if you want the court to consider your views, then not later than **April 27, 2017**, you or your attorney must do all of the following:

A. File written objection explaining your position with the Clerk of the Bankruptcy Court at the following address:

> Bankruptcy Clerk United States Bankruptcy Court
> Eastern District of Pennsylvania
> Suite 300 The Madison Building
> 400 Washington Street

Reading, PA 19601

If you mail your objection to the Clerk's Office, you must mail it early enough so that it will be received on or before the date stated above; and

B. Cause a true and correct copy of your objection to be delivered to the Debtor's attorney, by hand delivery, overnight courier or facsimile transmission, at the address and/or facsimile number indicated below:

Lau & Associates P.C.
4228 St. Lawrence Avenue
Reading, PA 19606
Fax: 610-370-0700

1. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting relief request in the Motion.

2. A hearing will be held before The Honorable Richard E. Fehling, United States Bankruptcy Judge on **Thursday, May 4, 2017 at 9:30 A.M**. in the Madison Building, 400 Washington Street, Reading, PA 19601, to consider and rule upon the Motion and the sale transaction described therein.

3. The terms and conditions of the proposed sales of Real Estate are as follows:

a. The sale price is 62,000.00 to be paid by the buyers, Scott Elmer Highland and Candace John Highland.

b. Distribution is to be as follows and this order of distribution:

i. All real estate taxes and other obligations owed by the Movant that are a lien on the Premises pursuant to the law of the Commonwealth of Pennsylvania or any of its political subdivisions or agencies; **(Carbon County Tax Bureau estimated in the amount of $16,000.00; Portnoff Law Associates estimated in the amount of $4,859.05; and Local Tax Collector estimated in the amount of $327.33).**

ii. The usual and customary costs of settlement paid by sellers pertaining to the transfer of residential real estate in Carbon County, Pennsylvania, including but not limited the realty transfer tax, if any;

iii. The Broker's commission of 6.0% of the Purchase Price which represents a 50-50 split between the Seller's Broker agent and the Buyer's Broker agent;

iv.    The amount of $1,500.00 to be held by the title agency to

pay Debtor's Counsel legal fees subject to Bankruptcy Court Approval;

    v. The Debtor, Joseph T. Mayer pursuant to exemption d(5).

    vi. iii. Any Chapter 13 Trustees commissions due and owing;

    vii. Any remaining non-exempt equity if any goes to the Trustee to pay all administrative priority creditors which is the proper distribution when a sale of non-exempt property occurs. **(Priority Creditors: IRS estimated balance owed $44,337.92 and PADOR estimated balance owed $4,223.22). Please note that these are the priority claims and do not include the balances owed on the secured lien claims filed by the IRS and PADOR.**

    viii. And thereafter to general unsecured creditors if any remaining proceeds.

c. Debtor's counsel hereby certifies that all secured creditors with liens on this real estate have either consented or are being paid in full from the sale.

Copies of the Motion and proposed Order are on file and may be examined in the office of the Bankruptcy Clerk, suite 300, The Madison Building, 400 Washington Street, Reading, PA 19601, or may be obtained upon written request to counsel for the Debtor, whose name and address appear above.

The hearing may be adjourned or continued from time to time by announcement made in open Court without further written notice to creditors or parties in interest. You may contact the Bankruptcy Clerk's Office at 610-208-5040 to find out whether the hearing has been adjourned or continued.

Dated: <u>April 13, 2017</u>                    By: <u>/s/Shawn J. Lau</u>
                                                               Shawn J. Lau, Esquire
                                                               Lau & Associates, P.C.