## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JOSEPH T. MAYER<br>AKA JOSEPH MAYER<br><br>**DEBTOR** | BANKRUPTCY NO. 14-17572<br><br>CHAPTER 13 |

### CERTIFICATION OF NO RESPONSE

I, Shawn J. Lau, Esquire, of Lau & Associates, P.C., counsel for the Debtor does hereby certify that no answer, objection, responsive pleading or request for a hearing has been served upon me, or to the best of my knowledge, filed with the Court, in response to DEBTOR'S NOTICE, PROPOSED ORDER AND MOTION TO SELL REAL ESTATE LOCATED AT LOT A3 LONG RUN ROAD, LEHIGHTON, CARBON COUNTY, PENNSYLVANIA, FREE AND CLEAR OF LIENS AND ENCUMBRANCES AND TO PERMIT DISTRIBUTION OF SALE PROCEEDS which was served upon all parties in interest on April 13, 2017.

WHEREFORE, it is respectfully requested that this Honorable Court enter the Order granting the Debtor's Motion to Sell REAL ESTATE LOCATED AT LOT A3 LONG RUN ROAD, LEHIGHTON, CARBON COUNTY, PENNSYLVANIA, FREE AND CLEAR OF LIENS AND ENCUMBRANCES AND TO PERMIT DISTRIBUTION OF SALE PROCEEDS.

Dated: April 28, 2017         LAU & ASSOCIATES, P.C.
　　　　　　　　　　　　　　　By:*/s/ Shawn J. Lau, Esquire*
　　　　　　　　　　　　　　　Shawn J. Lau, Esquire
　　　　　　　　　　　　　　　4228 St. Lawrence Avenue
　　　　　　　　　　　　　　　Reading, PA 19606
　　　　　　　　　　　　　　　610-370-2000 Phone