United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                      Case No. 14-17572-ref
Joseph T. Mayer                                             Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: dlv                  Page 1 of 1             Date Rcvd: May 04, 2017
                              Form ID: pdf900            Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2017.
```
db             +Joseph T. Mayer,    3913 Hollo Road,    Easton, PA 18045-8306
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
cr              Carbon County Tax Claim Bureau,    Court House Annex,    P.O. Box 37,
                 Jim Thorpe, PA  18229-0037
r              +Darla Kravetz,    Corner Post Realty,    5660 Interchange Road,   Lehighton, PA 18235-5114
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com May 05 2017 01:07:28      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 05 2017 01:07:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 05 2017 01:07:30      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: resurgentbknotifications@resurgent.com May 05 2017 01:09:45      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10675,    Greenville, SC 29603-0675
                                                                                              TOTAL: 4
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Federal National Mortgage Association("Fannie Mae"
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2017 at the address(es) listed below:
```
          CARMON M. HARVEY    on behalf of Creditor    Premier Capital, LLC Carmon.Harvey@leclairryan.com,
           charmaine.butler@leclairryan.com
          CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
           Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
          DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, FSB,  ... et
           al bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JOSEPH RICHARD BARANKO, JR    on behalf of Creditor    Carbon County Tax Claim Bureau
           josephb@slusserlawfirm.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Seterus, Inc. Et al... bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB,  ... et al
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          SHAWN J. LAU    on behalf of Debtor Joseph T. Mayer shawn_lau@msn.com
          THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB,  ... et al
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>JOSEPH T. MAYER<br>AKA JOSEPH MAYER<br><br>DEBTOR | BANKRUPTCY NO. 14-17572<br><br>CHAPTER 13 |
|---|---|

### ORDER TO SELL REAL ESTATE LOCATED AT LOT A3 LONG RUN ROAD, LEHIGHTON, CARBON COUNTY, PENNSYLVANIA, FREE AND CLEAR OF LIENS AND ENCUMBRANCES AND TO PERMIT DISTRIBUTION OF SALE PROCEEDS

AND NOW, upon consideration of the Debtor's Motion to Sell Real Estate Free and Clear of Liens and Encumbrances, and to Permit Distribution of Sale Proceeds ("Motion"), and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Debtor has satisfied this Court that the proposed sale is to a good faith purchaser for a fair and reasonable consideration that is in the best interest of the bankruptcy estate and that the Debtor is therefore authorized to sell, free and clear of all liens and encumbrances, the real property owned by the Debtor located at Lot A3 Long Run Road, Lehighton, Carbon County, Pennsylvania to Scott Elmer Highland and Candace Joan Highland for the sum of $62,000.00 in accordance with terms and conditions as follows:

    a. The sale price is 62,000.00 to be paid by the buyers, Scott Elmer Highland and Candace Joan Highland.

    b. Distribution is to be as follows and this order of distribution:

        i. All real estate taxes and other obligations owed by the Movant that are a lien on the Premises pursuant to the law of the Commonwealth of Pennsylvania or any of its political subdivisions or agencies; **(Carbon County Tax Bureau estimated in the amount of $16,000.00; Portnoff Law Associates estimated in the amount of $4,859.05; and Local Tax Collector estimated in the amount of $327.33).**

        ii. The usual and customary costs of settlement paid by sellers pertaining to the transfer of residential real estate in Carbon County, Pennsylvania, including but not limited the realty transfer tax, if any;

        iii. The Broker's commission of 6.0% of the Purchase Price which represents a 50-50 split between the Seller's Broker agent and the Buyer's Broker agent;

      iv.   The amount of $1,500.00 to be held by the title agency to pay Debtor's Counsel legal fees subject to Bankruptcy Court Approval;

      v. The Debtor, Joseph T. Mayer pursuant to exemption d(5).

      vi. iii. Any Chapter 13 Trustees commissions due and owing;

      vii. Any remaining non-exempt equity if any goes to the Trustee to pay all administrative priority creditors

      vii. And if any remaining proceeds to general unsecured creditors.

c. Debtor's counsel hereby certifies that all secured creditors with liens on this real estate have either consented or are being paid in full from the sale.

      IT IS FURTHER ORDERED that the distribution as proposed in the Motion is hereby approved including the amount of $1,500.00 to be held by the title agency to pay Debtor's counsel's legal fees subject to Bankruptcy Court approval in conformity with in In re Meade Land and Development, 527 F.2d 280.

      IT IS FURTHER ORDERED that the Debtor provide the Chapter 13 Trustee with the HUD1 within ten (10) days of the closing.

5/4/17

BY THE COURT:

_____
Richard E. Fehling
United States Bankruptcy Judge

Copies to:

Shawn J. Lau, Esquire
4228 St. Lawrence Avenue
Reading, PA 19606

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Chapter 13 Trustee
Frederick Reigle, Esq.

2901 St. Lawrence Avenue
Reading, PA 19606

Corner Post Realty
Attn: Darla Kravetz
5660 Interchange Road
Lehighton, PA 18235

Case 14-17572-ref    Doc 108    Filed 05/06/17    Entered 05/07/17 01:03:02    Desc
Imaged Certificate of Notice    Page 4 of 4