## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**JOSEPH T. MAYER**<br>**AKA JOSEPH MAYER**<br><br>**DEBTOR** | **CHAPTER 13**<br><br>**CASE #14-17572** |

## CERTIFICATION OF NO RESPONSE

I, Shawn J. Lau, Esquire, of Lau & Associates, P.C., counsel for the Debtor do hereby certify that no answer, objection, responsive pleading or request for a hearing has been served upon me, or to the best of my knowledge, filed with the Court, in response to the Notice and Motion to Modify Debtors' Sixth Amended Plan Post-Confirmation under §1329 which was served upon all parties of interest on August 8, 2017.

WHEREFORE, it is respectfully requested that this Honorable Court enter the Order granting the Debtor's Third Amended Plan Post-Confirmation under §1329 attached to the Motion.

Dated: August 30, 2017          LAU & ASSOCIATES, P.C.
                                By*: /s/ Shawn J. Lau*
                                Shawn J. Lau, Esquire
                                4228 St. Lawrence Avenue
                                Reading, PA 19606