IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>JOSEPH T. MAYER<br>AKA JOSEPH MAYER<br><br>DEBTOR | CHAPTER 13<br><br>CASE #14-17572 |
|---|---|

## ORDER APPROVING MODIFICATION OF PLAN UNDER § 1329

AND NOW, upon consideration of the Debtor's Motion to Modify his Sixth Amended Chapter 13 Plan, it is hereby

ORDERED that the Debtor's confirmed Chapter 13 Plan is modified as follows: The Debtor will pay to the Trustee $4,000.00 per month for twelve (12) months and then the payment shall increase to $8,618.88 per month for the remaining fourteen (14) months to pay: Premier Capital LLC with a remaining balance owed of $42,549.27- **THE CLAIM OF PREMIER CAPITAL LLC TO BE PAID AHEAD OF PRIORITY CLAIMS OTHER THAN ADMINISTRATIVE PRIORITY ATTORNEY FEES WHICH ARE TO BE PAID IN FULL FIRST.**; AND **Priority Creditors:** Department of Treasury – IRS with a remaining balance owed of **$**21,381.95; Pennsylvania Department of Revenue with a remaining balance owed of $2,036.65; AND **Secured Creditors other than Premier Capital, LLC**: Northampton County Tax Claim with a remaining balance owed of $69,723.24; Pennsylvania Department of Revenue with a remaining balance owed of $2,416.11; Department of Treasury – IRS with a remaining balance owed of $18,652.47; AND **Unsecured Creditors**: LVNV Funding with a remaining balance owed of $5,708.50; Met-Ed with a remaining balance owed of $9,220.10; Department of Treasury – IRS with a remaining balance owed of $8,022.16; Pennsylvania Department of Revenue with remaining balance owed of $656.07; AND Lau & Associates, P.C. an administrative claim in the amount of $1,500.00 upon application and Bankruptcy Court approval.

**Date: August 31, 2017**                    BY THE COURT:

_____ J.

Copies to:

Shawn J. Lau, Esquire
Lau & Associates, P.C.
4228 St. Lawrence Avenue
Reading, PA 19606