# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Joseph T. Mayer a/k/a Joseph Mayer<br>Debtor<br><br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust, its successors and/or assigns<br>Movant<br>vs.<br><br>Joseph T. Mayer a/k/a Joseph Mayer<br>Debtor<br><br>Frederick L. Reigle<br>Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 14-17572 REF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certificate of No Response of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust, which was filed with the Court on or about August 31. 2017 (Doc. No. 118).

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Attorney for Movant
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

August 31, 2017