United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph T. Mayer  
      Debtor

Case No. 14-17572-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Aug 31, 2017  
                     Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.
```
db             +Joseph T. Mayer,    3913 Hollo Road,    Easton, PA 18045-8306
cr              Carbon County Tax Claim Bureau,    Court House Annex,    P.O. Box 37,
                 Jim Thorpe, PA  18229-0037
r              +Darla Kravetz,    Corner Post Realty,    5660 Interchange Road,    Lehighton, PA 18235-5114
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 01 2017 02:17:24     LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10675,    Greenville, SC 29603-0675
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Federal National Mortgage Association("Fannie Mae"
                                                                                  TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:
```
          CARMON M. HARVEY    on behalf of Creditor    Premier Capital, LLC Carmon.Harvey@leclairryan.com,
           charmaine.butler@leclairryan.com
          CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
           Revenue RA-occbankruptcy5@state.pa.us,    RA-occbankruptcy6@state.pa.us
          DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, FSB,  ... et
           al bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
          JOSEPH RICHARD BARANKO, JR    on behalf of Creditor    Carbon County Tax Claim Bureau
           josephb@slusserlawfirm.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Seterus, Inc. Et al... bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB,  ... et al
           bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          SHAWN J. LAU    on behalf of Debtor Joseph T. Mayer shawn_lau@msn.com
          THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB,  ... et al
           tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JOSEPH T. MAYER<br>AKA JOSEPH MAYER<br><br>        DEBTOR | CHAPTER 13<br><br>CASE #14-17572 |

## ORDER APPROVING MODIFICATION OF PLAN UNDER § 1329

AND NOW, upon consideration of the Debtor's Motion to Modify his Sixth Amended Chapter 13 Plan, it is hereby

ORDERED that the Debtor's confirmed Chapter 13 Plan is modified as follows: The Debtor will pay to the Trustee $4,000.00 per month for twelve (12) months and then the payment shall increase to $8,618.88 per month for the remaining fourteen (14) months to pay: Premier Capital LLC with a remaining balance owed of $42,549.27- **THE CLAIM OF PREMIER CAPITAL LLC TO BE PAID AHEAD OF PRIORITY CLAIMS OTHER THAN ADMINISTRATIVE PRIORITY ATTORNEY FEES WHICH ARE TO BE PAID IN FULL FIRST.**; AND **Priority Creditors:** Department of Treasury – IRS with a remaining balance owed of **$21,381.95**; Pennsylvania Department of Revenue with a remaining balance owed of **$2,036.65**; AND **Secured Creditors other than Premier Capital, LLC**: Northampton County Tax Claim with a remaining balance owed of $69,723.24; Pennsylvania Department of Revenue with a remaining balance owed of $2,416.11; Department of Treasury – IRS with a remaining balance owed of $18,652.47; AND **Unsecured Creditors**: LVNV Funding with a remaining balance owed of $5,708.50; Met-Ed with a remaining balance owed of $9,220.10; Department of Treasury – IRS with a remaining balance owed of $8,022.16; Pennsylvania Department of Revenue with remaining balance owed of $656.07; AND Lau & Associates, P.C. an administrative claim in the amount of $1,500.00 upon application and Bankruptcy Court approval.

**Date: August 31, 2017**                                           BY THE COURT:

_____ J.

Copies to:

Shawn J. Lau, Esquire
Lau & Associates, P.C.
4228 St. Lawrence Avenue
Reading, PA 19606