**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>**JOSEPH T. MAYER**<br>**AKA JOSEPH MAYER**<br><br>     **DEBTOR** | **BANKRUPTCY NO. 14-17572**<br>**CHAPTER 13** |

## CERTIFICATION OF NO RESPONSE

I, Shawn J. Lau, Esquire, of Lau & Associates, P.C., counsel for the Debtor does hereby certify that no answer, objection, responsive pleading or request for a hearing has been served upon me, or to the best of my knowledge, filed with the Court, in response to Lau & Associates, P.C.'s, Notice and Post-Confirmation Supplemental Application for Compensation and Reimbursement of Expenses which was served upon all parties in interest on August 31, 2017.

WHEREFORE, it is respectfully requested that this Honorable Court enter the Order granting the Post-Confirmation Supplemental Motion of Application for Compensation and Reimbursement of Expenses.

Dated: September 22, 2017        LAU & ASSOCIATES, P.C.
                                 By*: /s/ Shawn J. Lau*
                                 Shawn J. Lau, Esquire
                                 4228 St. Lawrence Avenue
                                 Reading, PA 19606
                                 610-370-2000 Phone