## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**JOSEPH T. MAYER**<br>**AKA JOSEPH MAYER**<br><br>**DEBTOR** | **BANKRUPTCY NO. 14-17572**<br>**CHAPTER 13** |

## ORDER

AND NOW, upon consideration of the foregoing Post-Confirmation Supplemental Application for Compensation and Reimbursement of Expenses for Services Rendered Including Sale of Real Estate located at Lot A3 Long Run Road, Lehighton, Carbon County, PA through August 30, 2017 of Shawn J. Lau, Esquire of Lau & Associates, P.C., for the Debtor, Joseph T. Mayer a/k/a Joseph Mayer, for Allowance of Compensation and Reimbursement of Expenses, and proper Notice thereof and opportunity to be heard, it is

ORDERED AND DECREED that Lau & Associates P.C. be allowed $3,000.00 as legal fees from August 30, 2016 through and including August 30, 2017 of which $1,500.00 has already been set aside from the Sale of Real Estate located at Lot A3 Long Run Road, Lehighton, Carbon County, PA.

BY THE COURT:

**Date: September 26, 2017**

_____
Honorable Richard E. Fehling
United States Bankruptcy Judge