United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-17572-ref
Joseph T. Mayer                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1               Date Rcvd: Sep 26, 2017
                              Form ID: pdf900        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2017.
db             +Joseph T. Mayer,    3913 Hollo Road,    Easton, PA 18045-8306
cr              Carbon County Tax Claim Bureau,    Court House Annex,    P.O. Box 37,
                 Jim Thorpe, PA  18229-0037
r              +Darla Kravetz,    Corner Post Realty,    5660 Interchange Road,    Lehighton, PA 18235-5114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2017 01:24:31       LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10675,   Greenville, SC 29603-0675
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Federal National Mortgage Association("Fannie Mae"
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2017 at the address(es) listed below:
              CARMON M. POPLER    on behalf of Creditor    Premier Capital, LLC Carmon.Popler@leclairryan.com,
               charmaine.butler@leclairryan.com
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, FSB,  ... et
               al bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSEPH RICHARD BARANKO, JR    on behalf of Creditor    Carbon County Tax Claim Bureau
               josephb@slusserlawfirm.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Seterus, Inc. Et al... bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB,  ... et al
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB,  ... et al
               bkgroup@kmllawgroup.com
              SHAWN J. LAU    on behalf of Debtor Joseph T. Mayer shawn_lau@msn.com
              THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB,  ... et al
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>JOSEPH T. MAYER<br>AKA JOSEPH MAYER<br><br>    DEBTOR | BANKRUPTCY NO. 14-17572<br>CHAPTER 13 |
|---|---|

### ORDER

AND NOW, upon consideration of the foregoing Post-Confirmation Supplemental Application for Compensation and Reimbursement of Expenses for Services Rendered Including Sale of Real Estate located at Lot A3 Long Run Road, Lehighton, Carbon County, PA through August 30, 2017 of Shawn J. Lau, Esquire of Lau & Associates, P.C., for the Debtor, Joseph T. Mayer a/k/a Joseph Mayer, for Allowance of Compensation and Reimbursement of Expenses, and proper Notice thereof and opportunity to be heard, it is

ORDERED AND DECREED that Lau & Associates P.C. be allowed $3,000.00 as legal fees from August 30, 2016 through and including August 30, 2017 of which $1,500.00 has already been set aside from the Sale of Real Estate located at Lot A3 Long Run Road, Lehighton, Carbon County, PA.

BY THE COURT:

**Date: September 26, 2017**

_____
Honorable Richard E. Fehling
United States Bankruptcy Judge