## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Joseph T. Mayer aka Joseph Mayer<br>Debtor(s) | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a<br>Christiana Trust, not individually but as trustee for<br>Carlsbad Funding Mortgage Trust<br>Movant<br>vs. | NO. 14-17572 REF |
| Joseph T. Mayer aka Joseph Mayer<br>Debtor(s)<br><br>Frederick L. Reigle Esq.<br>Trustee | 11 U.S.C. Section 362 |

## <u>ORDER</u>

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 2605 Clover Dr, Easton, Pa 18045 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies

**Date: September 29, 2017**

_____
United States Bankruptcy Judge.