UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
                                          :
    JOSEPH T. MAYER           : Bankruptcy No. 14-17572REF
                                          :
    Debtor(s)                 : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed without Prejudice.

FOR THE COURT

11/9/17

_____
Richard E. Fehling, B. J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Shawn J. Lau. Esq.
Lau & Associates PC
4228 St. Lawrence Avenue
Reading, PA 19606

Joseph T. Mayer
3913 Hollo Road
Easton, PA 18045

Dave P. Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107