United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 14-17572-ref
Joseph T. Mayer                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: dlv              Page 1 of 2              Date Rcvd: Nov 09, 2017
                                Form ID: pdf900        Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2017.
```
db             +Joseph T. Mayer,    3913 Hollo Road,    Easton, PA 18045-8306
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              Carbon County Tax Claim Bureau,    Court House Annex,    P.O. Box 37,
                 Jim Thorpe, PA  18229-0037
r              +Darla Kravetz,    Corner Post Realty,    5660 Interchange Road,    Lehighton, PA 18235-5114
13389934        Carbon County Tax Claim Bureau,    Courthouse Annex PO BOX 37,    Jim Thorpe, PA  18229-0037
13389935        County of Northampton,    PO BOX 25008,    Lehigh Valley, PA  18002-5008
13389938        Easton Area SD/Palmer Twp,    EASD Tax Collector,    3 Weller Place,    Easton, PA  18045-1975
13609107        Federal National Mortgage Assoc.,    ("Fannie Mae) creditor c/o Seterus, Inc.,    Box 1047,
                 Hartford, CT 06143-1047
13389939       +Greenpoint Mortgage Funding,    100 Wood Hollow Drive,    Novato, CA 94945-1423
13389940       +Jennifer Frechie, Esq.,    KML Law Group PC,    701 Market St, Ste 5000,
                 Philadelphia, PA 19106-1541
13402036        Joel Figuera,    2605 Clover Drive,    Green Lane, PA  18054
13513827       +Lau & Associates, P.C.,    4228 St. Lawrence Avenue,    Reading, PA 19606-2894
13547702       +Met-Ed, A firstEnergy Co.,    FirstEnergy,    331 Newman Springs, Rd, Bldg. 3,
                 Red Bank, NJ 07701-5688
13389941        Northampton County Tax Claim,    Northampton County Courthouse,    669 Washington Street,
                 Easton, PA  18042-7475
13389942        Northampton County Tax Claim Bureau,    Northampton County Courthouse,    669 Washington Street,
                 Easton, PA  18042-7482
13389944       +Premier Capital LLC,    c/o Mark Sorsanavongsa,    226 Lowell Street,    Wilmington, MA 01887-3074
13757513       +Premier Capital LLC,    c/o Dominic A. DeCecco Esq,    1100 Berkshire Blvd, Ste 301,
                 Reading, PA 19610-1292
13866014       +RUSHMORE LOAN MANAGEMENT SERVICES,    P.O. Box 55004,    Irvine, CA 92619-5004
13486655       +Seterus, Inc.,    14523 SW Milikan Way #200,    Beaverton, OR 97005-2352
13402038        Shellpoint Mortgage Servicing,    PO BOX 10826,    Greenville, SC 29603-0826
13389945        Township of Palmer,    3 Weller Place,    PO BOX 3039,    Easton, PA  18043-3039
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Nov 10 2017 01:53:07      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 10 2017 01:53:12      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13389936        E-mail/Text: cio.bncmail@irs.gov Nov 10 2017 01:52:41      Department of Treasury,
                 Financial Management Service,    PO BOX 1686,    Birmingham, AL  35201-1686
13485977        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 10 2017 01:54:43      LVNV Funding,
                 c/o Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
13402037        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 10 2017 01:54:55      LVNV Funding LLC,
                 Resurgent Capital Services,    POB 10587,    Greenville, SC  29603-0587
13389943        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 10 2017 01:52:53      Pa Department of Revenue,
                 Bankruptcy Division,    PO BOX 280946,    Harrisburg, PA  17128-0946
13406436       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 10 2017 01:52:53
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13402035        E-mail/PDF: cbp@onemainfinancial.com Nov 10 2017 01:55:06      American General Finance,
                 PO BOX 3251,    Evansville, IN  47731
                                                                                              TOTAL: 8
```
```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Federal National Mortgage Association("Fannie Mae"
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +LVNV Funding LLC,    c/o Resurgent Capital Services,    PO Box 10675,    Greenville, SC 29603-0675
13402954*      +Carbon County Tax Claim Bureau,    Courthouse Annex,    P.O. Box 37,    Jim Thorpe, PA 18229-0037
13389937*       Department of Treasury - IRS,    PO BOX 7346,    Philadelphia, PA  19101-7346
13790162*       LVNV Funding, LLC,    c/o Resurgent Capital Services,    PO BOX 10675,
                 Greenville, SC 29603-0675
                                                                                   TOTALS: 1, * 5, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: dlv                   Page 2 of 2                   Date Rcvd: Nov 09, 2017
                              Form ID: pdf900             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2017 at the address(es) listed below:
              CARMON M. POPLER    on behalf of Creditor    Premier Capital, LLC Carmon.Popler@leclairryan.com,
               charmaine.butler@leclairryan.com
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, FSB,  ... et
               al bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSEPH RICHARD BARANKO, JR    on behalf of Creditor    Carbon County Tax Claim Bureau
               josephb@slusserlawfirm.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Seterus, Inc. Et al... bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB,  ... et al
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB,  ... et al
               bkgroup@kmllawgroup.com
              SHAWN J. LAU    on behalf of Debtor Joseph T. Mayer shawn_lau@msn.com
              THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB,  ... et al
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
    JOSEPH T. MAYER : Bankruptcy No. 14-17572REF
:
    Debtor(s) : Chapter 13

ORDER

    AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed without Prejudice.

FOR THE COURT

11/9/17

_____
Richard E. Fehling, B. J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Shawn J. Lau. Esq.
Lau & Associates PC
4228 St. Lawrence Avenue
Reading, PA 19606

Joseph T. Mayer
3913 Hollo Road
Easton, PA 18045

Dave P. Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107